# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

JUSTIN RAINS                                                                         PLAINTIFF

v.                                CASE NO. 5:20-CV-5073

ANDREW M. SAUL, Commissioner,
Social Security Administration                                             DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 16) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this April 30, 2021.

/s/ P. K. Holmes III
    P. K. HOLMES III
    U.S. DISTRICT JUDGE